UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CR. NO. 3:24-CR- 19
v. :
: (Judge Munley)
WESLEY PERONE, :
ZACHARY DECKER, :
JESUS BRACERO, and :
DAMIEN WEAVER :
    Defendants. :

FILED
SCRANTON

JAN 30 2024

Per_____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute and Possess with
Intent to Distribute Controlled Substances)

In or about January 2023 through in or about September 2023, in Carbon County, within the Middle District of Pennsylvania and elsewhere, the defendants,

**WESLEY PERONE,
ZACHARY DECKER,
JESUS BRACERO, and
DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree together and with other persons both known and unknown to the grand jury, to commit the following offense against the

United States: to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about May 26, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**JESUS BRACERO,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about June 2, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**JESUS BRACERO,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about June 7, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendants,

**JESUS BRACERO and ZACHARY DECKER,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance.

3

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about June 21, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about June 27, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

### COUNT 7
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about June 28, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

### COUNT 8
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about July 14, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

5

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

### COUNT 9
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Methamphetamine)

On or about July 28, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**JESUS BRACERO,**

did knowingly, intentionally, and unlawfully possess with intent to distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 10
18 U.S.C. § 924(c)(1)(A)(i)
(Possession of a Firearm in Furtherance of Drug Trafficking)

On or about July 28, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**JESUS BRACERO,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, to wit:

| Iver Johnson Arms and Cycle Works Champion Break Action Shotgun with a 13.5 Inch Barrel | No Serial Number |
|---|---|
| Taurus UltraLite Model 85 .38 Special Revolver | Serial Number 2628 |
| Smith & Wesson .38 Special Airweight Revolver | Serial Number CXT2497 |

for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, a Schedule II controlled substance as charged in Count 9 of this Indictment, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18 United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i).

THE GRAND JURY FURTHER CHARGES:

## COUNT 11
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about August 8, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute 50 grams and more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 12
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about August 23, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 13
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about September 12, 2023, in Carbon County, within the Middle District of Pennsylvania, the defendant,

**DAMIEN WEAVER,**

did knowingly, intentionally, and unlawfully distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 14
18 U.S.C. § 924(c)(1)(A)(i)
(Possession of a Firearm in Furtherance of Drug Trafficking)

On or about September 14, 2023, in Lehigh County, within the Eastern District of Pennsylvania and elsewhere, the defendant,

**WESLEY PERONE,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, to wit:

| Geisler 9mm Pistol | No serial number |
| --- | --- |
| Smith & Wesson 9mm Handgun | Serial Number DTC5765 |

for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances as charged in Count 1 of this Indictment, a violation of Title 21, United States Code, Section 846.

All in violation of Title 18 United States Code, Sections 924(c)(1)(A)(i).

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through Count 14 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C), and Title 18, United States Code, Section 924(c)(1)(A), the defendants,

> WESLEY PERONE,
> ZACHARY DECKER,
> JESUS BRACERO, and
> DAMIEN WEAVER,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses;

and any firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to the following:

| | |
|---|---|
| Iver Johnson Arms and Cycle Works Champion Break Action Shotgun with a 13.5 Inch Barrel | No Serial Number |
| Taurus UltraLite Model 85 .38 Special Revolver | Serial Number 2628 |
| Smith & Wesson .38 Special Airweight Revolver | Serial Number CXT2497 |
| Geisler 9mm Pistol | No serial number |
| Smith & Wesson 9mm Handgun | Serial Number DTC5765 |

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

*/s/ Jenny P. Roberts*     1/30/2024
JENNY P. ROBERTS          Date
Assistant United States Attorney